GIACOMO MEDVEDIEFF, Respondent, v. CITIES SERVICE OIL COMPANY, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SARAH M. AHERN and Others, Petitioners, Appellants, for a Mandamus Order against LEWIS J. VALENTINE, as Chairman, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC NAMER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, v. HAMILTON CROSS, Appellant.— Order granting motion for leave to serve amended complaint unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, without prejudice to an application to increase the demand for damages. (See *Elder* v. *New York & Penn. Motor Express, Inc.*, 259 App. Div. 380.) Appeal from order denying defendant's motion to strike out allegations of the amended complaint unanimously dismissed. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of ELIZABETH WALKER, Deceased, as a Will of Real and Personal Property. MICHAEL M. BARRON, Proponent-Executor, Appellant, and JAMES Z. RAILEY, Legatee, Appellant; FREDERICK HEMY and THE PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, Respondents.— Decree unanimously affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MONROE EXPORT CO., LTD., Petitioner, Respondent, for an Order Confirming Two Certain Awards in Arbitration of Controversies under Two Certain Contracts between the Petitioner and DAVID FELD and JULIUS FELD, Copartners Doing Business under the Firm Name and Style of FELD BROS., and for Judgment Thereon. DAVID FELD and JULIUS FELD, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

STANLEY DUANE, Appellant, v. FRANK L. POLK and Others, Individually and as Executors, etc., of CLARENCE H. MACKAY, Deceased, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ABRAHAM LISSAUER, Suing on Behalf of Himself and All Other Stockholders of INDUSTRIAL ACCEPTANCE CORPORATION Similarly Situated, in the Right and on Behalf of Said INDUSTRIAL ACCEPTANCE CORPORATION and for Its Benefit, Respondent, v. VERE BROWN and Others, Defendants, Impleaded with MORRIS PLAN CORPORATION OF AMERICA and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.